UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHARLA G. ALDOUS, P.C. d/b/a ALDOUS LAW FIRM AND CHARLA ALDOUS, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:13-cv-03310-L |
| DARWIN NATIONAL ASSURANCE COMPANY, | § § § § | |
| Defendants. | § | |

## JOINT NOTICE OF SETTLEMENT

In response to the Court's June 11, 2019 Order, Plaintiffs Charla G. Aldous, P.C. d/b/a Aldous Law Firm and Charla Aldous and Defendant Darwin National Assurance Company jointly advise that they have reached a settlement and anticipate filing dismissal papers within the next thirty (30) days.

Respectfully submitted,

*/s/ Bobby M. Rubarts*
Bobby M. Rubarts
State Bar No. 17360330
bobby.rubarts@koningrubarts.com
**KONING RUBARTS LLP**
1700 Pacific Avenue, Suite 4500
Dallas, Texas 75201
214-751-7900
214-751-7888 – fax

**ATTORNEYS FOR PLAINTIFFS**

4204771v.1

/s/ *Thomas M. Spitaletto*
D. Craig Brinker
State Bar No. 03033200
craig.brinker@wilsonelser.com
Thomas M. Spitaletto
State Bar No. 00794679
thomas.spitaletto@wilsonelser.com

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75270-375801
214-698-8000
214-698-1101 – fax

**ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

This is to certify that the foregoing was electronically filed on July 2, 2018 using the CM/ECF system, which will send electronic notice to all counsel of record who have consented to service by electronic means.

/s/ *Thomas M. Spitaletto*
Thomas M. Spitaletto

4204771v.1