IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **CHARLA G. ALDOUS, P.C.,** and **CHARLA ALDOUS,** Plaintiffs, | § § § § | |
| v. | § § | Civil Action No. **3:13-CV-3310-L** |
| **DARWIN NATIONAL ASSURANCE COMPANY,** Defendant. | § § § § § | |

## ORDER

The court has been notified by counsel that this case has settled and that the parties anticipate filing a notice of dismissal within thirty days. Joint Notice of Settlement (Doc. 175). The parties are therefore **directed** to file a stipulation or notice of dismissal, or agreed motion to dismiss with the United States District Clerk's Office by **August 3, 2018**. The court truly appreciates the efforts of the parties in resolving this case. There appears to be no further reason at this time to maintain this case as an open file for statistical purposes, and the court determines that it should be, and is hereby, administratively closed. Accordingly, the United States District Clerk is instructed to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records. Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action sua sponte.

**It is so ordered** this 3rd day of July, 2018.

                                              Sam A. Lindsay
                                              United States District Judge